UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 11-20478-CR-COOKE**

UNITED STATES OF AMERICA,

    Plaintiff,

vs

**ROBERTO MENDEZ HURTADO,
ALVARO NINO-BONILLA,
ROBERTO HARRIGAN,
SAMUEL JAVIER,
JORGE RIVEROS,
SEVERO CONFESSOR,
EARL DELVILLE HODGE,
JUAN FIGUEROA-VALDEZ,
CARLSTON BEAZER, and
CHAD SKELTON,**

    Defendant(s).
_____/

**ORDER**

It appearing to the court that the above named defendant is a fugitive from justice, it is therefore,

**ORDERED AND ADJUDGED** that these defendants be removed from the Court's Pending Case List and shall place the Defendants on the Clerk's Fugitive Case List.

**DONE AND ORDERED** in Chambers at the United States District Courthouse at Miami, Florida this 9th day of November 2011.

                                                */s/ Marcia G. Cooke*
                                                MARCIA G. COOKE
                                                United States District Judge

cc: Kelly Karase, AUSA
   Pre-Trial Services