UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20478-CR-COOKE

UNITED STATES OF AMERICA

vs.

SEVERO CONFESSOR, et al.,

    Defendants.
_____/

## MOTION FOR RECONSIDERATION OF FUGITIVE STATUS ORDER AND MOTION TO EXCLUDE SPEEDY TRIAL TIME DUE TO EXTRADITION OF CODEFENDANTS AND TO CONTINUE TRIAL UNTIL EXTRADITED DEFENDANTS ARE IN COURT

    Now comes the United States of America by and through the undersigned Assistant United States Attorney and moves this Court to reconsider its November 9, 2011 Order to place defendants in the above captioned matter on fugitive status, to exclude time as to all defendants under The Speedy Trial Act due to extradition proceedings in Colombia and the British Virgin Islands and to continue trial in this matter until all defendants are in court.

    On November 9, 2011, this court ordered that defendants Roberto Mendez Hurtado, Alvaro Nino-Bonilla, Roberto Harrigan, Samuel Javier, Jorge Riveros, Severo Confessor, Earl Delville Hodge, Juan Figueroa-Valdez, Carlston Beazer and Chad Skelton be removed from the courts pending case list and placed on the court's fugitive case list.  However, Severo Confessor has already appeared in court in the Southern District of Florida on September 9, 2011.  He is on bail and his attorney Irwin Lichter, is negotiating a potential resolution to his case.  Severo Confessor will be arraigned on Wednesday, November 16, 2011.  Defendant Roberto Mendez Hurtado was arrested

in Ecuador and is pending extradition from his home country of Colombia. He has been in custody in Colombia since August 25, 2011. Colombia has a new extradition law which will expedite Mendez-Hurtado's extradition. His attorney, Ruben Oliva, has been in contact with the undersigned Assistant United States Attorney and is prepared for Mendez Hurtado's imminent return to the United States. Defendants Earl Delville Hodge, Juan Figueroa-Valdez, Carlston Beazer, Chad Skelton and Roberto Harrigan are all in custody in the British Virgin Islands and will have an extradition hearing in early January, 2012. Only Alvaro Nino-Bonilla, Samuel Javier and Jorge Riveros are fugitives in this case.

Pursuant to Title 18, United States Code, Section 3161(c)(1), The Speedy Trial Act, a defendant is entitled to trial within 70 days of indictment or first appearance in the court where the indictment is pending. However, in a multiple defendant case, The Speedy Trial period begins to run when the last codefendant appears in court where the indictment is pending. Henderson v U.S., 476 U.S. 321, 322 N. 2 (1986).

Excludable time as to one defendant is excludable as to all codefendants. U.S. V Jackson, 544 F3d. 1176, 1186 (11th Cir. 2008). Title 18, United States Code, Section 3161(h)(6) (formerly (h)(7) excludes a reasonable time for delay when a defendant is joined for trial with a codefendant for whom no speedy trial time has run and no motion for severance has been filed. See Zedner v. U.S., 547 US 489, 497 (2006). In the case at hand, there are thirteen defendants. Three defendants, Narciso Rondon-Mejia, Humberto Gallego and Severo Confessor were arrested in the United States. Severo Confessor will be arraigned tomorrow, November 16, 2011. Defendant, Roberto Mendez Hurtado is pending extradition in Colombia and therefore no speedy trial time has run as to him. The defendants, Earl Delville Hodge, Juan Figueroa-Valdez, Carlston Beazer, Chad Skelton and Roberto

Harrigan are in custody pending extradition from the British Virgin Islands and no speedy trial time has run as to them. No motions for severance have been filed by any defendant. Wherefore, the United States submits that this court should maintain defendants who are in custody, whether in a foreign jurisdiction or in this court, on the pending case list and not set this case for trial until codefendants are extradited to the United States or until a viable motion for severance is filed and granted. See U.S. v. Messer, 197 F3d. 330 at 336-337 (9th Cir. 1999); U.S. v Murray, 154 Fed. Appx. 740, 746 (11th Cir. 2005)(Unpub.)

                Respectfully submitted,

                WIFREDO A. FERRER
                UNITED STATES ATTORNEY

            By: s/Richard D. Gregorie
                Richard D. Gregorie
                Assistant United States Attorney
                Florida Bar No. 0549495
                99 N.E. 4th Street
                Miami, Florida 33132
                Tel:  (305) 961-9148
                Fax:  (305) 536-7213

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                                  s/ Richard D. Gregorie
                                                  Richard D. Gregorie
                                                  Assistant United States Attorney